UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:25-cr-092-SCM-01

UNITED STATES OF AMERICA PLAINTIFF

VS.

CHRISTOPHER ETHRIDGE DEFENDANT

---

**SENTENCING MEMORANDUM**

---

Comes the Defendant, Christopher Ethridge, by and through counsel, and files the following memorandum to aid the Court in determining his appropriate sentence. The Defendant did not object to the presentence report. Given the statutory maximum for the Count of conviction, the terms of the plea agreement, and the calculated total offense level, the length of the Defendant's sentence is not at issue between the Defendant and the United States.

The Defendant was charged with three counts of production of child pornography in violation of 18 U.S.C. § 2251(a). [DE 1]. On June 24, 2026, the Defendant entered a plea of guilty to one count, specifically Count 2 of the Indictment, and the Court accepted his plea. Pursuant to 18 U.S.C. § 2251(e), the maximum allowable term of imprisonment is 360 months. The applicable statute also calls for a term of supervised release from five years to life.

In the plea agreement, the United States and the Defendant agreed to jointly recommend a sentence of 360 months, with lifetime supervision.

The presentence report correctly determined that the applicable offense level pursuant to the United States Sentencing Guidelines is the maximum level of 43 and a criminal history

category of III. Taken together, these determinations lead to a guideline range which exceeds the statutory maximum. Therefore, the guideline term of imprisonment is 30. The Guidelines also provide for a term of supervised release from five years to life.

Before considering the factors under 18 U.S.C. §3553(a), the Defendant asks that the Court impose a sentence of 30 years, with a lifetime of supervision, in keeping with the statutory range, the plea agreement, and the presentence report. However, when considering the 18 U.S.C. §3553(a) factors, this is an appropriate sentence. Considering the nature and circumstances of the offense, there is no question this is abhorrent behavior and deserving of significant punishment. But considering the history and characteristics of the Defendant, there is cause for some mitigation. The Defendant was sexually abused himself. This does not excuse his behavior, but offers some explanation as to what he learned as a child and the role models he had in his life. Additionally, the Defendant has diminished intellectual functioning. He was evaluated for competency by the Kentucky Correctional Psychiatric Center in connection with his state charges arising from the same events charge in this federal indictment. The evaluator did not complete intelligence testing, but concluded his intellectual functioning likely fell in the borderline range. The Defendant also suffers from a chromosome disorder, 22q 11.2 Deletion Syndrome, which apparently can cause distinctive facial features, but also developmental delays and behavioral and psychiatric issues. This was discovered in him after it was discovered in his daughter.

A sentence of 30 years addresses the need for just punishment and deterrence. This sentence will promote respect for the law and protect the public. It will also give the Defendant an opportunity to undergo sex offender treatment which he clearly needs.

In conclusion, the Defendant asks that the Court impose a sentence of 360 months, with lifetime supervision. The Defendant asks that no fine be imposed and no special assessments be

imposed, due to his lack of financial ability to pay. Restitution is mandatory and the Defendant understands that, if the United States presents evidence of costs and expenses related to this offense, an amount will be determined by the Court. However, if no evidence is presented, the Defendant asks that the minimum of $3,000 in restitution be ordered.

Respectfully submitted,

/s/ *Patrick E. O'Neill*

PATRICK E. O'NEILL
1029 College Ave Ste 101
Jackson, Kentucky 41339
Phone: (606) 666-2990
Fax: (606) 666-9084
Email: peoneill@turneroneill.com
ATTORNEY FOR CHRISTOPHER ETHRIDGE

**CERTIFICATE**

I certify that on this the 19th day of October, 2026, I filed this motion using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Patrick E. O'Neill*